[No. 22015-6-II.    Division Two.    February 12, 1999.]

JAMES H. LEMON, *Appellant*, v. DOCK STREET PARTNERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-10857-5, John A. McCarthy, J., entered April 25, 1997. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22057-1-II.    Division Two.    February 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL OTTO SCHILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03461-6, Thomas Felnagle, J., entered May 28, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Houghton, J.

[Nos. 22157-8-II; 23087-9-II.    Division Two.    February 12, 1999.]

BRUCE MILLER, *Appellant*, v. GORDON ROBERTSON, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 96-2-07722-0, Nile E. Aubrey, J., entered June 10, 1997 and January 30, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22450-0-II.    Division Two.    February 12, 1999.]

TORRIE PEARSON, *Respondent*, v. ITT RAYONIER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-2-00996-9, Kenneth D. Williams, J., entered September 5, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.